AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JEFFREY H. BERRY,**

    **Plaintiff,**

    vs.            Case Number:    **04-3045**

**ILLINOIS DEPARTMENT OF TRANSPORTATION, et al.,**

    **Defendant.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to an Order entered August 31, 2004 by U.S. District Judge Jeanne E. Scott that the Defendant's Rule 12(c) Motion for Judgment on the Pleadings is allowed.  Judgment is entered in favor of the defendants on Counts I and II of the Complaint.  Count III is dismissed for lack of subject matter jurisdiction.  This case is closed.-------------------------------------------------------------------

ENTER this 31st day of August, 2004.

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ A. Joos
_____
BY:  DEPUTY CLERK